IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., | CASE NO. 5:13-cv-04257 EJD |
| Plaintiff(s), | **ORDER VACATING CASE MANAGEMENT CONFERENCE** |
| v. | |
| RAUL GONZALEZ CAMPOS, | |
| Defendant(s). | |

In light of Defendant's default (see Docket Item No. 16), the court finds that a scheduling conference is unnecessary at this time. Accordingly, the Case Management Conference scheduled for February 21, 2014, is VACATED.

The courts schedules a hearing on Plaintiff's anticipated motion for entry of default judgment for **May 2, 2014, at 9:00 a.m.** Plaintiff shall file the motion in accordance with the notice requirements of Civil Local Rule 7.

**IT IS SO ORDERED.**

Dated: February 18, 2014

EDWARD J. DAVILA
United States District Judge

1
CASE NO. 5:13-cv-04257 EJD
ORDER VACATING CASE MANAGEMENT CONFERENCE